# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

WILLIE F. QUARTERMAN, JR.,    )
                              )
    Movant,                  )
                              )
v.                          )    Case No.   CV414-204
                              )                 CR498-141
UNITED STATES OF AMERICA,    )
                              )
    Respondent.          )

# O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which   objections have been filed.   Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED this** ⟨2c⟩ **day of** ⟨October⟩ **2014.**

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA