# UNITED STATES DISTRICT COURT
### for the

Southern  District of  Georgia

Savannah Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:98-cr-00141-9 |
| Willie F. Quarterman, Jr. | ) |
| | ) USM No: 10004-021 |
| Date of Original Judgment:  May 24, 1999 | ) |
| Date of Previous Amended Judgment: Not Applicable | ) Mark J. Nathan |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ **months is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   May 24, 1999,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  FEB. 12, 2019

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*